IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No. 13-cv-00175-WYD-CBS

CELLPORT SYSTEMS, INC.,

    Plaintiff,

v.

LG ELECTRONICS, INC.;
LG ELECTRONICS U.S.A, INC.; and,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,

    Defendants.

_____

**ORDER**
_____

THIS MATTER is before the Court on plaintiff, Cellport Systems, Inc.'s, Unopposed Motion To Transfer Case Pursuant To D.C.COLO.L.CivR 40.1(C)(4)(b) [ECF No. 29], filed on April 16, 2013.  After analyzing the motion, I find that:  (1) Cellport has filed seven different patent infringement suits in the United States District Court for the District of Colorado between December 2012 and January 2013; (2) each of the seven patent infringement suits involve the alleged infringement of U.S. Patent No. 6,122,514; and, (3) Judge R. Brooke Jackson is presiding over all seven patent infringement suits.  Chief Judge Marcia S. Krieger approves transfer of this action to Judge Jackson.

Accordingly, transfer is appropriate under D.C.COLO.LCivR 40.1(C)(4)(b).[1]

Therefore, it is

ORDERED that Cellport Systems, Inc.'s Unopposed Motion To Transfer Case Pursuant To D.C.COLO.L.CivR 40.1(C)(4)(b) [ECF No. 29] is **GRANTED**, and this action is **TRANSFERRED** to Judge Jackson.

Dated:  April 17, 2013.

BY THE COURT:

/s/ Wiley Y. Daniel
Wiley Y. Daniel
Senior U. S. District Judge

---

[1] D.C.COLO.LCivR 40.1:

**A. Assignment in General.**  Except as provided in this rule and in D.C.COLO.LCivR 8.1 and 8.2, and Section III – AP Rules, civil cases shall be assigned to judicial officers by random draw.  Work parity shall be maintained among active district judges, provided that a majority of active district judges may adjust the assignment of cases to the Chief Judge as may be necessary for the performance of the duties of that office, and may, for good cause, approve special assignment or reassignment of cases among the judicial officers of the court.  All other transfers of cases from one judicial officer to another shall be subject to the Chief Judge's approval.

*   *   *   *

**C.  Special Assignment.**

*   *   *   *

4. A new case that is related under D.C.COLO.LCivR 7.5 to a pending case may be assigned to the same judicial officers:

*   *   *   *

b. by transfer with approval of the Chief Judge under D.C.COLO.LCivR 40.1A . . .