IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-00175-RBJ

CELLPORT SYSTEMS, INC.,

     Plaintiff,

v.

LG ELECTRONICS, INC.;
LG ELECTRONICS U.S.A., INC.; and
LG ELECTRONICS MOBILECOMM U.S.A., INC.,

     Defendants.

---

ORDER GRANTING JOINT REQUEST TO EXTEND STAY
OF ALL DEADLINES THROUGH DECEMBER 16, 2013

---

It is hereby ORDERED that the parties' Request to Stay All Dates Through December 16, 2013 submitted by the parties in their Joint Notice of Pending Settlement, is granted finding good cause shown in light of the pending settlement and in the interests of judicial economy and efficiency. All dates set forth in the Joint Civil Scheduling Order (Doc. 42) between and among the parties are stayed through and including December 16, 2013. Should a stipulated dismissal with prejudice of this action not be filed by the parties by December 16, 2013, any deadlines falling within the stay will be due on December 16, 2013.

DATED this 3rd day of December, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge

1