IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No 13-cv-00175-RBJ

CELLPORT SYSTEMS, INC.,

    Plaintiff,

v.

LG ELECTRONICS, INC.;
LG ELECTRONICS U.S.A., INC.; and
LG ELECTRONICS MOBILECOMM U.S.A., INC.,

    Defendants.

---

ORDER ON STIPULATED MOTION TO DISMISS

---

The parties having stipulated to a dismissal of this case, this Court dismisses all claims and counterclaims in the above-captioned action with prejudice, orders each party to bear its own attorneys' fees and costs, and terminates this action.

DATED this 9th day of December, 2013.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge

1